# FORM A

Rev. 10/10

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

FILED
JAMES J. VILT, JR. - CLERK
NOV 27 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Versace Alan Scott

(Full name of the Plaintiff(s) in this action)

v.

Quinton Wright and Logan County Sherrif's Department

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 1:23-CV-158-JHM
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Versace Alan Scott

Place of Confinement: Logan County Dentention Center

Address: 304 W. 3rd St Russellville KY 42276

Status of Plaintiff: CONVICTED ( )  PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__)  PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__)  PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant _Quinton Wright_ is employed as _Deputy Sherrif_ at _Logan County Sherrif Department_

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(2) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(3) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(4) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action):_____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

On August 19th 2023 Quinton Wright and one other Deputy Sherrif with Logan County Sherrif Department Kidnapped me and Tried to Kill me for Ratting on 2 other Drug Task Force Detectives Named Antonio Browder and Cody Fox who I have open FBI case with them for Running me over with intent to kill me a year prior on 10-13-22 and Quinton Wright Attempted to cut my Throat and Captain Garcia At the Jail in Sally Port on camera took me into Booking and Tied me into Restraint chair and Cut my wrist 7 times to the Bone with intent to kill me and it's all on video and Reported to the Department of corrections and Sherrif Stephen Stratton and Louisville FBI

## III. STATEMENT OF CLAIM(S) continued

and They put 34 false felonys on me with intent to keep me in prison After I didnt Die So I couldnt Be out on the Street to Report them and hopes no one here at jail would Believe me. where mintchie and captain Dye helped them and knew about it.

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $20,000,000

___ grant injunctive relief by Release me for wrongful imprisnment

___ award punitive damages in the amount of $ 1,000 per Day For wrongful Imprisonment

___ other: _____

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 14th day of November, 2023

_Versace Scott_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on 11-14th 2023.

_Versace Scott_
(Signature)

6

LOGAN COUNTY
DETENTION CENTER
304 W. 3RD ST.
RUSSELLVILLE, KY 42276
Attn: Versace Scott

**INMATE MAIL
UNCENSORED**

Office of the Clerk
423 Frederica Street
Suite 126 Owensboro Ky
42301-3013

